# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127948 & (18)(19)(20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                  SC:  127948
                                  COA:  257258
                                  Oakland CC: 96-145817-FC

CALVIN L. FULBRIGHT,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 16, 2004 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for stay, for immediate consideration, and to remand for an evidentiary hearing are also considered, and they are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

s1024

_____
Clerk